IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALVIN WHITE, AIS #125870, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:13cv-132-WHA |
| | ) |
| B. JONES and R. GIBSON, | )      (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #29), entered on February 23, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Motion for Summary Judgment on behalf of the Defendants is GRANTED.

2. This case is DISMISSED with prejudice in accordance with *Federal Rule of Civil Procedure 56*.

DONE this 16th day of March, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE